UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENGINEERED MEDICAL SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.            ) | CASE NO. 1:05-cv-0170-DFH-TAB |
| ) | |
| GEORGE M. DESPOTIS, M.D. ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

The court having issued today its entry on the parties' motions for summary judgment, it is hereby ORDERED, ADJUDGED AND DECREED:  (1) that plaintiff Engineered Medical Systems, Inc. take nothing by its complaint against defendant George M. Despotis, M.D.; (2) that plaintiff is not and has not been entitled to any discount on agreed royalties based on any royalties that plaintiff has agreed to pay to Nellcor Puritan Bennett, Inc.; (3) that Dr. Despotis is entitled to terminate his license to plaintiff for rights under U.S. Patent No. 4,790,327; (4) that the Clerk shall pay to Dr. Despotis the funds currently on deposit with the court, as well as any accrued interest; and (5) that Dr. Despotis recover his costs from plaintiff.

Date:  March 30, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*
_____
By:  Deputy Clerk

Copies to:

R. Trevor Carter
BAKER & DANIELS
trevor.carter@bakerd.com

Jane A. Dall
BAKER & DANIELS
jane.dall@bakerd.com

Mark J. R. Merkle
KRIEG DEVAULT
mmerkle@kdlegal.com

Greg A. Small
KRIEG DEVAULT
gs@kdlegal.com

Nancy G. Tinsley
BAKER & DANIELS
ngtinsle@bakerd.com